# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS, | CASE NO. 1:07-cv-00298-LJO-SMS PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, et al., | (Doc. 4) |
| Defendants. / | |

Plaintiff Lonnie Williams ("plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 22, 2007, the Court denied plaintiff's motion for leave to proceed in forma pauperis in this action and ordered plaintiff to pay the $350.00 filing fee in full within thirty days. 28 U.S.C. § 1915(g).  Plaintiff was warned that if he failed to pay the $350.00 filing fee in full within thirty days, this action would be dismissed.  More than thirty days have passed and plaintiff has not complied with or otherwise responded to the Court's order.

Accordingly,  this action is HEREBY DISMISSED, without prejudice.

IT IS SO ORDERED.

Dated:    July 6, 2007                              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1